Marshall Lee MITCHELL, Plaintiff–Appellant,

v.

Mildred RIVERA, Warden; Sean Ashline, FS Adm; Doctor Reed; Doctor Eneje; Nurse Rainwater, Defendants–Appellees.

No. 14–7076.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 24, 2014.

Marshall Lee Mitchell, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall Lee Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Mitchell v. Rivera,* No. 4:13–

---

* We grant Mitchell's motion for leave to supplement his informal brief, and we accept his attached supplement and supplemental authorities. We deny as moot Mitchell's motion to extend the time to reply to Appellees' responsive pleadings because no such pleadings have been filed.

cv–01949–TMC, 2014 WL 3055115 (D.S.C. July 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*